# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-99-00963-1-PHX-SRB |
| Plaintiff, | |
| vs. | **ORDER** |
| Michael Loren Miller, | |
| Defendant. | |

On August 1, 2014, Magistrate Judge Anderson issued a Report and Recommendation. Magistrate Judge Anderson recommended that the District Court Judge accept the finding of violation of Standard Condition #7 and Special Condition #4 of Defendant's supervised release. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding the Defendant in violation of Standard Condition #7 and Special Condition #4 of his supervised release terms.

IT IS FURTHER ORDERED adopting the Magistrate Judge's Report and Recommendation [Doc. 67].

DATED this 21st day of August, 2014.

_____
Susan R. Bolton
United States District Judge